O

NO JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUADALUPE OSUNA, an individual,<br><br>           Plaintiff,<br><br>  v.<br><br>WELLS FARGO MORTGAGE, a Division of WELLS FARGO BANK, N.A., fka WACHOVIA MRTGAGE, FSB, fka WORLD SAVINGS BANK FSG, a business organization form unknown; et al.,<br><br>           Defendants. | Case No. CV 11-00624 DDP (FMOx)<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO DISMISS AND DISMISSING DEFENDANTS' MOTION TO STRIKE AS MOOT**<br><br>[Motions filed on January 27, 2011] |

    Presently before the court is Wells Fargo Mortgage and Golden West Savings Association Service Co.'s (collectively "Defendants") Motion to Dismiss and Motion to Strike Portions of the First Amended Complaint. Because Plaintiff has not filed an opposition, the court GRANTS Defendants' Motion to Dismiss.

    Plaintiff's complaint arises from a claim to quiet title to the property located at 29186 Garnet Canyon Drive, Santa Clarita, California 91390-5766. Plaintiff filed suit against various

entities including Defendants alleging that Defendants violated the Truth in Lending Act ("TILA") and the Real Estate Settlement Procedures Act ("RESPA") among other laws.  On January 27, 2011, Defendants filed this Motion to Dismiss, which was scheduled for a hearing on March 7, 2011.

Pursuant to Local Rule 7-9, a party opposing a motion is required to file an opposition by no later than twenty-one days before the hearing.  C.D. Cal. Local R. 7-9.  Failure to file an opposition within the deadline may be deemed consent to granting the motion.  C.D. Cal. Local R. 7-12.  Therefore, Plaintiff's opposition to Defendants' motion was due by February 14, 2011.  As of the date of this Order, Plaintiff has not filed an opposition, or any other filing that could be construed as a request to move the hearing date.  Accordingly, the court regards Plaintiff's failure to oppose to be consent to granting Defendants' motion.

For the foregoing reasons, the court GRANTS Defendants' Motion to Dismiss.  Defendants Motion to Strike First Amended Complaint is DISMISSED as moot.

IT IS SO ORDERED.

Dated: March 21, 2011

DEAN D. PREGERSON
United States District Judge