NO JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA  -  WESTERN DIVISION

| | |
|---|---|
| GUADALUPE OSUNA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO MORTGAGE, a Division of WELLS FARGO BANK, N.A., fka WACHOVIA MORTGAGE, FSB, fka WORLD SAVINGS BANK FSB., a business organization form unknown; CAL-WESTERN RECONVEYANCE CORPORATION., a California Corporation; GOLDEN WEST SAVINGS ASSOCIATION SERVICE CO., a California Corporation; AMERICAN BENEFIT MORTGAGE., a business organization form unknown; BANKUNITED, FSB., a business organization form unknown; and All Persons Unknown, Claiming Any Legal Or Equitable Right, Title, Estate, Lien, Or Interest In The Property Described In The Complaint Adverse To Plaintiff's Title, Or Any Cloud On Plaintiff's Title Thereto; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.:  CV 11-00624 DDP (FMOx)<br><br>[Assigned to the Honorable Dean D. Pregerson, District Judge, Courtroom 3]<br><br>[<br><br>**JUDGMENT OF DISMISSAL OF WACHOVIA, A DIVISION OF WELLS FARGO BANK, N.A.** (ONLY) |

On March 21, 2011, this Court entered an order regarding the Motion to Dismiss Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure and Motion to Strike Portions of the Complaint filed by Defendant WACHOVIA

MORTGAGE, a division of WELLS FARGO BANK, N.A., formerly known as Wachovia Mortgage, FSB, formerly known as World Savings Bank, FSB ("Wachovia").

The Court's March 21, 2011 order granted the Motion to Dismiss and dismissed Defendant's Motion to Strike as moot. On March 22, 2011, the Court also issued an Order to Show Cause why the action should not be dismissed for lack of prosecution, pursuant to which the Court issued an Order of Dismissal on April 18, 2011.

Accordingly:

JUDGMENT IS HEREBY RENDERED THAT:

1. Defendant Wachovia is dismissed from this case, with prejudice;
2. Plaintiff Guadalupe Osuna shall take nothing from Defendant Wachovia in this action; and,
3. As the prevailing party, Defendant Wachovia may submit motions to tax costs and to recover reasonable attorneys' fees.

Dated: April 20, 2011

HON. DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE,
CENTRAL DISTRICT OF CALIFORNIA